In re EMONS INDUSTRIES,
INC., Debtor.

Emons Industries, Inc.,
Plaintiff-Appellee,

v.

Carol Allen, Karen Barth, Isabel Bass, Constance Bananno, Cheryl Anne Bradley, Lauri Cochin, Julia Emerson, Mary Fagella, Cynthia Giles, Holly Ann Gordon, Janice Schreir Hart, Meryl Beth Hartstein, Susan Helin, Kathleen Holroyd, Lisa Hoppe, Karen E. Maghran Jacobi, Jeana Jacobs, Francine Lawler, Barbara Lenhard, Kerry Ann Miller, Jenique Nijboer, Valerie Orona, Barbara Renno, June Riley, Suzanne Robotti, Wendy Rothstein, Abby Rubin, Patricia Sue Sachs, Mary Salcedo, Lynn Anne Sanfilippo, Andrea Gordon Sinclair, Karen Snadowsky, Elyse Stern, Elizabeth Tolan, Kim Torgeson, Laura Chana Wasserman, Gerald Wintrob, Geri Ludwin Yamaner, Nicolette Yaworski, Defendants-Appellants.

Docket No. 01–5029.

United States Court of Appeals,
Second Circuit.

Jan. 9, 2002.

Stephen H. Weiner, Law Offices of Sybil Shainwald, N.Y., NY, for Appellants.

Jeffrey L. Glatzer, Anderson Kill & Olick, N.Y., NY, for Appellee.

Present MESKILL, KEARSE and CALABRESI, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Preska's Endorsement dated April 2, 2001.

We have considered all of defendants' contentions on this appeal and have found in them no basis for reversal. The judgment of the district court is affirmed.